■ GEORGHE JECAN, Appellant, v GARY J. CALL et al., Respondents. [698 NYS2d 485] —Order, Supreme Court, Bronx County (Lucindo Suarez, J.), entered October 8, 1998, which, *inter alia*, denied plaintiff's motion to set aside the jury verdict in this personal injury action, unanimously affirmed, without costs.

The jury verdict was not against the weight of the evidence (*see, Pena v New York City Tr. Auth.*, 185 AD2d 794), and, accordingly, plaintiff's motion to set it aside was properly denied. There was ample basis for the jury to conclude fairly that, although plaintiff had been in a serious accident and was unable to work for a time, he was not deserving of an award for pain and suffering. Plaintiff's claim of inconsistency of the verdict is unpreserved (*Grzesiak v General Elec. Co.*, 68 NY2d 937). Concur—Sullivan, J. P., Nardelli, Mazzarelli, Wallach and Friedman, JJ.